UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO.: 5:22-CV-1086 |
| Plaintiff, | ) ) | JUDGE PEARSON |
| vs. | ) ) ) | |
| PRASANNA, INC. | ) ) ) | **NOTICE OF SETTLEMENT** |
| Defendant. | ) ) ) ) ) | |

The parties are pleased to report that this matter has settled in all respects, including Plaintiff's claims for injunctive relief, damages, and reasonable attorney's fees, litigation expenses and costs. The parties are currently in the process of executing a finalized settlement agreement and release. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. The parties request that all case deadlines, including the dispositive motion deadline, be held in abeyance pending the filing of a Stipulation of Dismissal.

Respectfully submitted,

BLAKEMORE, MEEKER & BOWLER CO, L.P.A.

/s/ *COLIN G. MEEKER*
COLIN G. MEEKER (Ohio Bar No. 0092980)
495 Portage Lakes Dr
Akron, OH 44319
Telephone: (330) 253-3337
Facsimile: (330) 253-4131
cgm@bmblaw.com

Attorney for Spencer Neal