PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEREK MORTLAND, | ) |
| Plaintiff, | ) CASE NO. 5:22CV1086 |
| v. | ) JUDGE BENITA Y. PEARSON |
| PRASANNA, INC., | ) |
| Defendant. | ) **ORDER OF DISMISSAL** |

On March 24, 2023, Plaintiff's counsel notified the Court that "[t]he parties are pleased to report that this matter has settled in all respects, including Plaintiff's claims for injunctive relief, damages, and reasonable attorney's fees, litigation expenses and costs."  Therefore, the docket shall be marked "settled and dismissed without prejudice."

In the Notice of Settlement (ECF No. 15), the parties request that all case deadlines, including the dispositive motion deadline, be held in abeyance pending the filing of a Stipulation of Dismissal.  *See* ECF No. 15.  On or before May 23, 2023, the parties shall submit an executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this Order.

All upcoming case management dates are vacated.

IT IS SO ORDERED.

| | |
|---|---|
| March 24, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |